WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Kenneth Qualls, | No. CV-13-01288-PHX-JAT |
| Petitioner, | **ORDER** |
| v. | |
| Charles L. Ryan, et al., | |
| Respondents. | |

Pending before this Court is a motion for reconsideration of this Court's Order of December 17, 2014. The Court finds no basis for reconsideration, s*ee Motorola, Inc. v. J.B. Rodgers Mech. Contractors, Inc.*, 215 F.R.D. 581, 586 (D. Ariz. 2003), accordingly, reconsideration will be denied.

An R&R was issued in this case on April 1, 2015. As indicated in the R&R, each party had 14 days to file objections. Doc. 133 at 7. On April 9, 2015, Petitioner filed a request for a 30 day extension of time to file his objections. However, on April 10, 2015, Petitioner filed his objections with a motion to exceed page limit. Thus, the Court finds the request for extension of time to be moot.

Based on the foregoing,

**IT IS ORDERED** that the motion for reconsideration (Doc. 130) is denied.

**IT IS FURTHER ORDERED** that the motion for extension to time (Doc. 134) is denied as moot.

**IT IS FURTHER ORDERED** that the motion to exceed page limit (Doc. 135) is granted; the Clerk of the Court shall file the objections currently lodged at Doc. 136. As

a result, the motion for exemption from compliance with court rules and extension of page limit (Doc. 137) is denied as moot.

**IT IS FURTHER ORDERED** that, as noted in the R&R, Respondents may file a response to the objections within 14 days of this Order.

**IT IS FINALLY ORDERED** that after 14 days, the Court will deem this matter fully briefed. In other words, Petitioner is not permitted to file ANY further documents relating to this Petition.

Dated this 21st day of April, 2015.

James A. Teilborg
Senior United States District Judge