WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Kenneth Qualls, | No. CV 13-01288-PHX-JAT |
| Petitioner, | **ORDER** |
| v. | |
| Charles L. Ryan, et al., | |
| Respondents. | |

On May 8, 2015, this Court denied the Petition for Writ of Habeas Corpus in this case. Petitioner appealed. The Court of Appeals denied a certificate of appealability on September 25, 2015.

On August 17, 2016, Petitioner filed a motion for relief from judgment under Federal Rule of Civil Procedure 60(b)(6). On October 31, 2016, this Court denied the motion for relief from judgment. Petitioner has now appealed the denial of the motion for relief from judgment.

For the reasons stated in this Court's Orders of of May 8, 2015 and October 31, 2016,

/ / /

/ / /

/ / /

/ / /

1 **IT IS ORDERED** that a certificate of appealability as to the October 31, 2016
2 Order is denied. *See generally Lynch v. Blodgett*, 999 F.2d 401 (9th Cir.1993) (requiring
3 a certificate of appealability on a Rule 60 motion).
4 Dated this 13th day of December, 2016.

James A. Teilborg
Senior United States District Judge