WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| William Kenneth Qualls, | No. CV 13-01288-PHX-JAT |
|---|---|
| Petitioner, | **ORDER** |
| v. | |
| Charles L. Ryan, et al., | |
| Respondents. | |

**I.  History**

On May 8, 2015, this Court denied the Petition for Writ of Habeas Corpus in this case. Petitioner appealed. The Court of Appeals denied a certificate of appealability on September 25, 2015. While that appeal was pending, Petitioner filed a motion to reopen his case (Doc. 145), which this Court denied (Doc. 146).

On August 17, 2016, Petitioner filed a motion to exceed page limit and lodged a motion for relief from judgment under Federal Rule of Civil Procedure 60(b)(6). This Court allowed Petitioner to exceed the page limit, but denied the Rule 60 motion on the merits (Doc. 150).[1] Therafter, this Court denied a certificate of appealability as to this motion. (Doc. 152). The Court of Appeals also denied a certificate of appealability as to this motion (Doc. 156).

---

[1] In this Rule 60 motion, Petitioner alleged 10 errors in this Court's original decision. Doc. 149 at 8-9.

## II. Current motion

On September 7, 2017, Petitioner filed another motion to exceed page limit and lodged another motion for relief from judgment under Federal Rule of Civil Procedure 60(b)(6). This lodged Rule 60 motion challenges this Court's denial of a certificate of appealability. (Doc. 158 at 8).

As recounted above, the Court of Appeals has already denied a certificate of appealability. That decision is subject to the Rule of Mandate, and this Court cannot revisit it. *See Gonzalez v. Arizona,* 677 F.3d 383, 390 (9th Cir. 2012). Thus, this new Rule 60 motion will be for this reason.

## III. Conclusion

Accordingly,

**IT IS ORDERED** that Petitioner's motion to exceed pages (Doc. 157) is granted to the extent that the Clerk of the Court shall deem filed the Motion currently lodged at Doc. 158.

**IT IS FURTHER ORDERED** that the Motion for Relief from Judgment (Doc. 158) is denied.

**IT IS FINALLY ORDERED** a certificate of appealability as to the September 7, 2017 motion for relief from judgment is denied. *See generally Lynch v. Blodgett*, 999 F.2d 401 (9th Cir. 1993) (requiring a certificate of appealability on a Rule 60 motion).

Dated this 18th day of September, 2017.

James A. Teilborg
Senior United States District Judge